UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 07 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALBERT J. SLINEY, #04965-070 )
      Petitioner, )
FCI-Ray Brook )
POB 9004 -vs- )
    Ray Brook, NY 12977 )
FEDERAL BUREAU OF PRISONS, )
      Respondent. )

In Re SLINEY

Case: 1:07-cv-01425
Assigned To : Friedman, Paul L.
Assign. Date : 08/07/2007
Description: FOIA/PRIVACY ACT

PETITION FOR WRIT OF MANDAMUS —Complaint

I. STATEMENT OF CASE

This action arises out of the refusal of the FEDERAL BUREAU OF PRISONS to comply with the applicable provisions of 5 U.S.C § 552, the Freedom of Information Act ('FOIL'), and forward to ALBERT J. SLINEY the timely requested and lawfully purchased records of telephone conversations which are or were in the possession of the FEDERAL BUREAU OF PRISONS.

II. JURISDICTION

Jurisdiction is envoked under 28 U.S.C. § 1651, § 1331, and § 1361.

III. PETITIONER

ALBERT J. SLINEY ('Petitioner') whome appears pro se, is currently incarcerated and known as "inmate 04965-070" of the Federal Correctional Institution RAY BROOK ('FCI RAY BROOK'), and is the sole Petitioner in this action.

IV. RESPONDENT

The FEDERAL BUREAU OF PRISONS ('BOP') through and by its employee(s) and/or agent(s) - jointly and severally - is the sole Respondent in this action, and Respondent BOP currently has physical control and custody of Petitioner.

**RECEIVED**
JUL 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1)

## V. FACTS

On August 19, 2003, Petitioner did forward to Respondent a FOIA request, that request sought tape recordings of telephone calls made to (401) 944-4419 on July 5, 2003, and July 6, 2003. By a letter dated September 15, 2003, the Respondent informed Petitioner that the recordings of the telephone calls Petitioner sought had been perserved, but that Petitioner was required to submit a waiver under the Privacy Act from the other party to the telephone conversations requested before Respondent would process Petitioner's request.

On October 6, 2003, Petitioner filed another FOIA request with Respondent. In that request Petitioner requested copies of the telephone calls Petitioner made to the telephone numbers (401) 438-6157 on May 8, 2003 and June 17, 2003, and on October 4, 2003, to the telephone number (401) 946-6013. Petitioner was again advised by Respondent on November 24, 2003, that Petitioner's request would not be processed until Respondent received a Privacy Act waiver from the other party to the telephone conversation requested.

Petitioner was not able to provide the requested waivers in order to receive complete copies of the telephone conversations requested from Respondent. However, Petitioner alternatively sought to be provided with redacted copies of the conversations requested from Respondent. On April 28, 2004, the BOP informed Petitioner that without providing the requested waivers, the BOP could only produce the words Petitioner spoke during the conversations Petitioner requested.

(2)

On May 25, 2004, Petitioner requested that the BOP provide Petitioner with his portion of the July 5, 2003, July 6, 2003, and October 4, 2003, telephone conversations. The BOP consequently advised Petitioner that the costs and fees to be provided with copies of the telephone conversations requested would be sixty dollars ($ 60.00).

On or about August 7, 2005, petitioner's mother did forward, in the form of a money order,[1] sixty dollars ($60.00) to the BOP that the enclosed money order was for payment of the costs and fees for Petitioner to be provided the redacted copies of Petitioner's July 5, 2003, July 6, 2003, and October 4, 2003, telephone conversations.

approximately two years have passed since payment was forwarded to the BOP for the telephone conversations Petitioner requested, and the BOP has yet to provide Petitioner with the copies of those requested telephone conversations.

On June 6, 2007, Petitioner forwarded to the BOP a formal Notice of the failure to provide Petitioner with the records Petitioner requested. Petitioner's Notice also gave the BOP thirty (30) to forward to Petitioner the records requested and legally purchased. The BOP did not forward Petitioner the requested records within that thirty (30) day time period.

---

1/
   Exhibit - A attached hereto is a copy of the receipt from the money order Petitioner's mother forwarded to the BOP.

(3)

## VI. <u>LEGAL CLAIMS</u>

In accordance with the applicable provisions of the Uniform Commercial Code - the law of contracts, 5 U.S.C. § 552, the Code of Federal Regulations, and current BOP policies, the BOP is legally obligated to provide Petitioner with the records and/or information Petitioner has requested and provided payment for.

The BOP has arbitrarily and unlawfully withheld the records and/or information, that the BOP is legally obligated to provide to Petitioner.

## VII. <u>RELIEF REQUESTED</u>

Petitioner humbly requests that this Honorable Court (a) command the BOP to forward to Petitioner all records as requested and paid for, (b) sanction the BOP in a manner consistent with the law, and (c) command the BOP to reimburse Petitioner for all expenses associated with the action.

July 5, 2007

Respectfully Presented,

ALBERT J. SLINEY, pro se
BOP Reg. No. 04965-070
FCI RAY BROOK
P.O. BOX 9006
RAY BROOK, NEW YORK 12977

(4)

## CERTIFICATE OF SERVICE

I, ALBERT J. SLINEY, the Petitioner in the foregoing PETITION FOR WRIT OF MANDAMUS and the undersigned herein, do so hereby affirm that a true and correct copy of all of the foregoing has been forwarded to:

>     Darrell Valdez
>     Assistant United States Attorney
>     Judiciary Center Building
>     555 4th St., N.W.
>     Washingtion, D.C.  20530

Petitioner affirms that, pursuant to 28 U.S.C. § 1746(1), such action was taken.

So done this 5 day of July 2007.

>     Respectfully Presented,
>
>     ALBERT J. SLINEY, pro se
>     BOP Reg. No. 04965-070
>     FCI RAY BROOK
>     P.O. BOX 9006
>     RAY BROOK, NEW YORK  129077

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Albert J. Sliney

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
#04965-070

## DEFENDANTS
Federal Bureau of Prisons

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-01425
Assigned To : Friedman, Paul L.
Assign. Date : 08/07/2007
Description: FOIA/PRIVACY ACT

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. Antitrust**
☐ 410 Antitrust

☐ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ☐ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities- Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 8/7/07   SIGNATURE OF ATTORNEY OF RECORD  NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd