UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT J. SLINEY, | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 07-1425 (PLF) |
| v | ) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |

# PRAECIPE

The Clerk of the Court will please enter the appearance of Beverly M. Russell, Assistant U.S. Attorney, as counsel for the Federal Bureau of Prisons.

Respectfully submitted,

  /s/ Beverly M. Russell
BEVERLY M. RUSSELL, D.C. BAR # 454257
Assistant U.S. Attorney
U.S. Attorney for the District of Columbia,
 Civil Division
555 Fourth St., N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing *Praecipe* was served upon Plaintiff by the Court's Electronic Case Filing System and by first class, postage prepaid mail, to:

Albert J. Sliney
#04965-070
FCI Ray Brook
P.O. Box 9006
Ray Brook, New York 12977

on this 7th day of September, 2007.

   /s/ Beverly M. Russell
BEVERLY M. RUSSELL
Assistant United States Attorney