UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALBERT J. SLINEY, | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No.  07-1425 (PLF) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Federal

Bureau of Prisons, respectfully moves for an enlargement of time up to and including October

12, 2007 to answer, move or otherwise respond to Plaintiff's Complaint.  Although the United

States generally has sixty days by which to respond to a complaint (see Fed.R.Civ.P.

12(a)(3)(A)), this case was brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552,

which requires an agency to respond to a complaint within thirty days after service of the

pleading.  5 U.S.C. § 552(a)(4)(C).  Accordingly, Defendant has until September 12, 2007 to

respond to Plaintiff's Complaint.

Defendant, however, requests an enlargement of time of this deadline to allow the agency

an additional period to provide input for its response. Without such input, Defendant is unable to

respond adequately to the Complaint.  Therefore, Defendant is requesting the enlargement to

October 12, 2007 to answer, move or otherwise respond to Plaintiff's Complaint.  Defendant did

not contact Plaintiff regarding the relief requested herein given that Local Rule 7(m) is not

applicable to this Motion because Plaintiff is a prisoner who is proceeding without counsel in this action.

Date: September 7, 2007

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing *Defendant's Motion for an Enlargement of Time to Answer,*

*Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof* was

served upon Plaintiff by the Court's Electronic Case Filing System and by first class, postage

prepaid mail, to:

Albert J. Sliney
#04965-070
FCI Ray Brook
P.O. Box 9006
Ray Brook, New York 12977

on this 7th day of September, 2007.

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALBERT J. SLINEY, | ) | |
| | ) | Civil Action No.  07-1425 (PLF) |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

UPON CONSIDERATION of *Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof*, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including October 12, 2007 to answer, move or otherwise respond to Plaintiff's Complaint;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Albert J. Sliney
#04965-070
FCI Ray Brook
P.O. Box 9006
Ray Brook, New York 12977

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530