UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALBERT J. SLINEY,<br><br>    Plaintiff<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 07-1425 (PLF)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, Defendant, Federal Bureau of Prisons, respectfully moves for an enlargement of time up to and including November 2, 2007 to answer, move or otherwise respond to Plaintiff's Complaint. This is Defendant's second motion for an enlargement of time for this purpose. The current deadline was Friday, October 12, 2007 which Defendant's counsel, due to a calendar oversight, missed. Defendant's counsel apologizes to the Court for this omission. Defendant nevertheless respectfully submits that good cause exists for granting this enlargement.

Specifically, Defendant's counsel has not received the necessary background information essential to responding to Plaintiff's Complaint, and respectfully requests an enlargement of time to allow the agency to provide such information. For this reason, Defendant requests an enlargement to November 2, 2007 to answer, move or otherwise respond to Plaintiff's Complaint. Defendant did not contact Plaintiff regarding the relief requested herein given that Local Rule 7(m) is not applicable to this Motion because Plaintiff is a prisoner who is proceeding without counsel in this action.

Date: October 15, 2007

        Respectfully Submitted,

        /s/ Jeffrey A. Taylor /kvm
        _____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        /s/ Rudolph Contreras /kvm
        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        /s/ Beverly M. Russell
        _____
        BEVERLY M. RUSSELL, D.C. Bar #454257
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia,
         Civil Division
        555 4th Street, N.W., Rm. E-4915
        Washington, D.C.  20530
        Ph:  (202) 307-0492
        Fax: (202) 514-8780

**CERTIFICATE OF SERVICE**

      I certify that the foregoing *Defendant's Second Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof* was served upon Plaintiff by the Court's Electronic Case Filing System and by first class, postage prepaid mail, to:

Albert J. Sliney
#04965-070
FCI Ray Brook
P.O. Box 9006
Ray Brook, New York 12977

on this 15th day of October, 2007.

                                                               /s/ Beverly M. Russell
                                                               _____
                                                               BEVERLY M. RUSSELL
                                                               Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALBERT J. SLINEY, | ) ) ) | Civil Action No. 07-1425 (PLF) |
| Plaintiff | ) ) |  |
| v. | ) ) |  |
| FEDERAL BUREAU OF PRISONS, | ) ) |  |
| Defendant. | ) ) |  |

ORDER

UPON CONSIDERATION of *Defendant's Second Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof*, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including November 2, 2007 to answer, move or otherwise respond to Plaintiff's Complaint;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Albert J. Sliney
#04965-070
FCI Ray Brook
P.O. Box 9006
Ray Brook, New York 12977

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C. 20530