UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

FILED

NOV 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALBERT J. SLINEY       )
                       )
                       )
         Plaintiff,    )
                       )
                       )
    v.                 )   Civil Action No.:
                       )
                       )       07-1425 (PLF)
FEDERAL BUREAU OF PRISONS, )
DEPARTMENT OF JUSTICE  )
                       )
         Defendant.    )

PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Albert J. Sliney in the above-captioned case hereby moves, pursuant to Federal Rules of Civil Procedure, Rule 6 (b)(1) for an additional 30 days, to respond to Defendant's Motion for Summary Judgment.

In support of Plaintiff's motion, Plaintiff respectfully states the following:

1. Pro-se Plaintiff Albert J. Sliney respectfully states that there is no evident as to the forwarding of Plaintiff's $60.00 dollar money order, but a letter dated September 20, 2005, from Federal Bureau of Prisons (FBOP) signed by Wanda M. Hunt in which Plaintiff has not received, nor has Plaintiff

ever been made aware of the fact that the $60.00 dollars has ever been placed in Plaintiff's Inmate Account.

Therefore, Plaintiff does so respectfully request for this Honorable Court to allow Plaintiff an additional 30 days, so that Plaintiff can investigate this matter and to submit an adequate response to Federal Bureau of Prisons motion for Summary Judgment.

2. Plaintiff further states that on November 9, 2007, Plaintiff came in contact with Unit Team Manager of Plaintiff's respectful housing unit and was informed, and through Plaintiff's understanding, that there is only one (1) tape and is uncertain as to the calls requested as well as two other conversations, that are matching the remaining calls requested.

Accordingly, Plaintiff request that the Court enlarge the time to respond to the Defendants Motion for Summary Judgment in this matter, and is respectfully requested that an additional 30 day's be GRANTED by this Honorable Court.

Respectfully Presented,

Albert J. Sliney, Pro-se
BOP Reg.No.04965-070

(2)

## CERTIFICATE OF SERVICE

I, Albert J. Sliney does so HEREBY CERTIFY that on 13th day of November, 2007, that a true and correct copy of the within motion for an enlargement of time to respond to Defendant's Motion for Summary Judgment was served by First-Class Mail to the following:

Beverly M. Russell
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C  20530

Respectfully Presented,

*Albert Sliney*

Albert J. Sliney, Pro-se
FBOP Reg.No.04965-070

(3)