UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALBERT J. SLINEY,<br><br>　　　　Plaintiff<br><br>　　　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.  07-1425 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S FIRST MOTION FOR AN ENLARGEMENT OF TIME
### TO FILE ITS REPLY
### AND MEMORANDUM IN SUPPORT THEREOF

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Federal Bureau of Prisons, respectfully moves for an enlargement of time up to and including February 1, 2008 to file its reply memorandum.  The current deadline is Friday, January 18, 2008.  This is Defendant's first motion for an enlargement of time for this purpose.[1]  Defendant's reason for seeking this enlargement is set forth below.

In order to file a comprehensive reply, Defendant anticipates that a declaration will be required to address certain factual allegations raised by Plaintiff in his recently filed response to Defendant's Motion for Summary Judgment (which Defendant construes as an opposition memorandum).  It does not appear that the agency will be able to produce the declaration and provide other input required for purposes of drafting the reply in sufficient time for filing of the reply by the current deadline.  Accordingly, Defendant respectfully moves for an enlargement of time to February 1, 2008 to file its reply.

A proposed Order consistent with the relief requested herein accompanies this Motion.

---

[1] Defendant did not contact Plaintiff regarding the relief requested herein given that Local Rule 7(m) is not applicable to this Motion because Plaintiff is a prisoner who is proceeding without counsel in this action.

Date: January 16, 2008

                              Respectfully Submitted,

                              /s/ Jeffrey A. Taylor /bmr
                              _____
                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney

                              /s/ Rudolph Contreras /bmr
                              _____
                              RUDOLPH CONTRERAS, D.C. BAR #434122
                              Assistant United States Attorney

                              /s/ Beverly M. Russell
                              _____
                              BEVERLY M. RUSSELL, D.C. Bar #454257
                              Assistant United States Attorney
                              U.S. Attorney's Office for the District of Columbia,
                               Civil Division
                              555 4th Street, N.W., Rm. E-4915
                              Washington, D.C.  20530
                              Ph:  (202) 307-0492
                              Fax: (202) 514-8780
                              E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing *Defendant's Motion for an Enlargement of Time to File Its Reply and Memorandum in Support Thereof* was served upon Plaintiff by the Court's Electronic Case Filing System and by first class, postage prepaid mail, to:

Albert J. Sliney
#04965-070
FCI Ray Brook
P.O. Box 9006
Ray Brook, New York 12977

on this 16th day of January, 2008.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALBERT J. SLINEY, | ) | |
| | ) | |
| | ) | Civil Action No. 07-1425 (PLF) |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

UPON CONSIDERATION of *Defendant's First Motion for an Enlargement of Time to File Its Reply and Memorandum in Support Thereof*, it is by the Court this _____ day of

_____, 2008, hereby

ORDERED that said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including February 1, 2008 to file its Reply;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Albert J. Sliney
#04965-070
FCI Ray Brook
P.O. Box 9006
Ray Brook, New York 12977

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C. 20530