UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ALBERT J. SLINEY,                         )
                                          )
            Plaintiff,                    )
                                          )
        v.                                )          Civil Action No. 07-1425 (PLF)
                                          )
FEDERAL BUREAU OF PRISONS,                )
                                          )
            Defendant.                    )
_____)

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion for summary judgment [Dkt. #11] is

DENIED WITHOUT PREJUDICE; it is

FURTHER ORDERED that, on or before October 3, 2008, the defendant shall file

a renewed motion for summary judgment or a report to the Court with a proposal as to how to

proceed in this case.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

Date:   September 10,2 008